16 F.3d 402
 Blount International, Ltd.
v.
Schuylkill Energy Resources Incorporated, Reading Anthracite
Company, Reading Anthracite Coal Company v. Hub., Inc.;
Schuylkill Energy Resources, Inc. v. Blount International
Ltd., ABB Raymond Enterprise Operation,In c., Combustion
Engineering, ABB-CE Systems, Inc., Bank of New England,
N.A., Aetna Casualty and Surety Company, Firemans' Fund
Insurance Company, Seaboard Surety Company, Bank of New York
v. Combustion
 NO. 93-1340
 United States Court of Appeals,
Third Circuit.
 Dec 17, 1993
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.